```
                                                    FILED

                                                   MAY 3 0 2008

                                                  RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Ronald Paul Mckean ᵛ⁷²²⁴⁵⁸ )
                            )
                 Plaintiff, )    CASE NO. C08-2548JF
                            )
        vs.                 )    **PRISONER'S**
                            )    **APPLICATION TO PROCEED**
                            )    **IN FORMA PAUPERIS**
James A. Yates, warden      )
                 Defendant. )
                            )

        I, Ronald McKean        , declare, under penalty of perjury that I am the plaintiff in

the above entitled case and that the information I offer throughout this application is true and correct.

I offer this application in support of my request to proceed without being required to prepay the full

amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

costs of this action or give security, and that I believe that I am entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed?    Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name

and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 1 -

1  and wages per month which you received.   (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  *Last employment was from May 1998 to October 2000*

4  *Last Monthly salary was approximatly $1720.00 a month*

5  *at the rate of $10.00 per hour. I was unemployed until my arrest on* 1-11-0

6  2.      Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.      Business, Profession or                    Yes ___   No  X

9              self employment

10     b.      Income from stocks, bonds,                 Yes ___   No  X

11             or royalties?

12     c.      Rent payments?                             Yes ___   No  X

13     d.      Pensions, annuities, or                    Yes ___   No  X

14             life insurance payments?

15     e.      Federal or State welfare payments,         Yes ___   No  X

16             Social Security or other govern-

17             ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  _____

21  _____

22  3.      Are you married?                              Yes ___   No  X

23  Spouse's Full Name: _____

24  Spouse's Place of Employment: _____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $_____   Net $_____

27  4.      a.      List amount you contribute to your spouse's support : $ _____

28          b.      List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

_____

5.    Do you own or are you buying a home?                Yes ____ No  X

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                           Yes ____ No  X

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____ No  X  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ____ No  X   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No  X

_____

8.    What are your monthly expenses?

Rent: $ _____    Utilities: _____

Food: $ _____    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 3 -

1

2

3    10.    Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?                          Yes _X_ No ____

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7    _appeal superior court Santa Clara County #O27008_

8

9         I consent to prison officials withdrawing from my trust account and paying to the court the

10   initial partial filing fee and all installment payments required by the court.

11        I declare under the penalty of perjury that the foregoing is true and correct and understand

12   that a false statement herein may result in the dismissal of my claims.

13   5-1-08

14

15        DATE                          Ronald Paul McKean

                                        SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

REPORT ID: TS3030  .701

REPORT DATE: 05/05/08
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 05, 2007 THRU MAY  05, 2008

ACCOUNT NUMBER : V22458                    BED/CELL NUMBER: DFB5T100000120U
ACCOUNT NAME   : MCKRAN, RONALD PAUL              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____ TRUST OFFICE

5-5-08



PLEASANT VALLEY STATE PRISON
P.O. BOX 8504
COALINGA, CA. 93210

NAME: Ronald McKean

NUMBER: V22458

HOUSING: D5-120

STATE PRISON
GENERATED MAIL

Legal Mail

U.S. Northern District Court
280 S. First St. #2112
San Jose Calif 95113-3008

UNITED STATES POSTAGE
$ 00.59⁰
MAILED FROM ZIP CODE 93210