RONALD P. MCKEAN V22458
PO Box 8504
Coalinga CA 93210

In Pro per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PAUL MCKEAN,<br><br>              Petitioner,<br><br>v.<br><br>JAMES YATES,<br><br>              Respondent. | CV 08 2548 JF (PR)<br><br>**REQUEST FOR NOTIFICATION OF IN FORMA PAUPERIS STATUS** |

    Petitioner, Ronald Paul McKean, respecfully request of this Court the status of Petitioner's In Forma Pauperis application in the above-captioned case.

    Petitioner mailed to this Court, under separate cover, an In Forma Pauperis Application on the same date that the Petition for Writ of Habeas Corpus was placed in the mailbox.

    Petitioner had mailed the petition and then, later the same day, Petitioner's counselor gave to Petitioner, a completed In Forma Pauperis application with a certified copy of Petitioner's account statement, which also was mailed the same day.

    Petitioner has a copy of his petition indicating a filing date of May 15, 2008 in regards to the petition. The Court sent Petitioer an Informa Pauperis application to complete subsequent to Petitioner mailing the mentioned application

that is presently before this Court.

Since Petitioner has not received an order from this Court either granting or denying the In Forma Pauperis application, Petitioner requests that an order from this Court be issued.

Dated: July 15, 2008

Respectfully submitted,

*Ronald P. McKean*

Ronald P. McKean
Petitioner

In Pro per

2

## PROOF OF SERVICE BY MAIL

I, Ronald McKean, declare;

I am at least 18 years of age, and a party / and not a party to the attached herein cause of action. My mailing address is;

PLEASANT VALLEY STATE PRISON
FACILITY D, BUILDING ___, CELL ___
POST OFFICE BOX 8504
COALINGA CALIFORNIA
93210-8504

On 7-17, 20 08, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the U.S. Postal Service:

1. In Forma Pauperis Status
2. 
3. 
4. 

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. US District Court
450 Golden Gate Ave. POB 36060 S.F. Ca 9402
2. 
3. 
4. 

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17 day of July, 20 08, at Coalinga, California.

Ronald McKean
Petitioner / Declarant IN PRO PER

Ronald McKeun
Y22459
D5 120 up
PVSP
P.O.B 8504
Coalinga Ca 93210

Legal Mail

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

07-17-08

c/o Fornandos

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON