NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD PAUL MCKEAN, | ) | No. C 08-02548 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | (Docket No. 3) |

On May 20, 2008, Petitioner, a state prisoner proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner previously filed a petition pursuant to § 2254 on May 13, 2008, under case number C 08-02450 JF (PR), in which he states identical claims as those in the instant petition, challenging the same state conviction. The earlier petition is currently pending before this Court. Accordingly, the instant petition is DISMISSED with prejudice as duplicative. The Clerk shall terminate all pending motions, including Docket No. 3, as moot.

IT IS SO ORDERED.

DATED: _____7/28/08_____

_____
JEREMY FOGEL
United States District Judge