NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD PAUL MCKEAN, | ) | No. C 08-02548 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated on the order of dismissal, this case is DISMISSED as duplicative. Judgment is entered accordingly.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/28/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\HC.08\McKean02548_judgment.wpd

1